Commonwealth *v.* McArthur, Appellant.

Submitted December 12, 1966. *William McArthur,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Mainer, Appellant.

Submitted November 14, 1966. *Philip J. Mainer,* appellant, in propria persona; *Harry A. Heilman, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Pearson, Appellant.

Submitted December 12, 1966. *Oscar Ewing Pearson,* appellant, in propria persona; *Welsh S. White* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.